0MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
E-Mail: gschnitzer@ksjattorneys.com
E-Mail: mesposito@ksjattorneys.com
*Attorneys for Defendant, Republic Bank
And Trust Company d/b/a Elastic*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kelly Knapp,<br><br>        Plaintiff,<br><br>v.<br><br>Clarity Services, Inc.; Republic Bank and Trust Company d/b/a Elastic; and Background checks.com, LLC<br><br>        Defendants. | Case No.: 2:21-cv-01153-RFB-DJA<br><br>STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER OR OTHER REPONSIVE PLEADING |

    IT IS HEREBY STIPULATED by and between the Plaintiff, KELLY KNAPP, by and through her counsel, FREEDOM LAW FIRM, and Defendant REPUBLIC BANK AND TRUST COMPANY d/b/a ELASTIC, by and through its counsel, KRAVITZ SCHNITZER JOHNSON WATSON & ZEPPENFELD., and agreed that Defendant REPUBLIC BANK AND TRUST COMPANY d/b/a ELASTIC, has until Tuesday, August 24, 2021, in which to file its answer or

. . .

. . .

. . .

. . .

. . .

. . .

other responsive pleadings to Plaintiff's Complaint.

DATED this 9th day of August, 2021.   DATED this 9th day of August, 2021.

KRAVITZ SCHNITZER JOHNSON   FREEDOM LAW FIRM
WATSON & ZEPPENFELD, CHTD.

*/s/ Michael R. Esposito, Esq.*   */s/ Gerardo Avalos, Esq.*
GARY E. SCHNITZER, ESQ.   Michael Kind, Esq.
Nevada Bar No. 395   Nevada Bar No. 13903
MICHAEL R. ESPOSITO, ESQ.   Gerardo Avalos, Esq.
Nevada Bar No. 13482   Nevada Bar No. 15171
8985 S. Eastern Avenue, Suite 200   8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123   Las Vegas, Nevada 89123
*Attorneys for Defendant, Republic Bank*   *Attorney for Plaintiff*
*And Trust Company d/b/a Elastic*

## ORDER

IT IS SO ORDERED.

DATED this 10th day of August, 2021.

_____
U.S. MAGISTRATE JUDGE

# Kirsten Oakes

| | |
|---|---|
| **From:** | Gerardo Avalos <gavalos@freedomlegalteam.com> |
| **Sent:** | Monday, August 9, 2021 4:33 PM |
| **To:** | Michael Esposito |
| **Cc:** | Kirsten Oakes |
| **Subject:** | RE: CONFIDENTIAL Settlement Discussion: Knapp v. Clarity Services, Inc. et. al. (2:21-cv-01153-rfb-dja) |

Hi Michael,

Confirmed to file with my e-Signature.

Kind regards,

*Gerardo Avalos, Esq.*
Associate Attorney
Freedom Law Firm
8985 S. Eastern Avenue Suite 350
Las Vegas, NV 89123
Phone: 702-880-5554, Ext: 223
E-Fax: 702-385-5518
Email: gavalos@freedomlegalteam.com
www.FreedomLegalTeam.com
Frequently Asked Questions





***Please Note: CLIENTS WILL BE SEEN BY APPOINTMENT ONLY***

**Full Service Law Firm practicing in Bankruptcy | Student Loans | Loan Modifications & Mediations | Litigation**

CONFIDENTIALITY NOTICE: The information contained in this e-mail is transmitted by an attorney or under the direction of said attorney. It is privileged and confidential and intended only for the use of the individual(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination, distribution, or copy of this information is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone at phone: 702-880-5554 or by return e-mail, and delete this e-mail and all attachments from your system. Thank you.

**From:** Michael Esposito <Mesposito@ksjattorneys.com>
**Sent:** Monday, August 9, 2021 3:13 PM
**To:** Gerardo Avalos <gavalos@freedomlegalteam.com>
**Cc:** Kirsten Oakes <koakes@ksjattorneys.com>
**Subject:** RE: CONFIDENTIAL Settlement Discussion: Knapp v. Clarity Services, Inc. et. al. (2:21-cv-01153-rfb-dja)

Mr. Avalos,

Please review the attached stipulation and order and confirm that we are authorized to affix your electronic signature to the same.  Thank you.

**MICHAEL R. ESPOSITO, ESQ.**
ATTORNEY
KRAVITZ SCHNITZER JOHNSON
WATSON & ZEPPENFELD, CHTD.

CHRISTIAN, KRAVITZ, DICHTER,
JOHNSON & SLUGA
8985 S. EASTERN AVE., SUITE 200
LAS VEGAS, NV 89123
DIRECT:         702 222-4137
OFFICE:         702 362-6666
KSJ FAX:        702 362-2203
EMAIL:          MESPOSITO@KSJATTORNEYS.COM

NOTE: The information in this communication and any attached documents containing information from the above law firm may be confidential and/ or privileged. If you are not the intended recipient, or an agent responsible for delivering it to the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete all electronic copies and destroy any hard copies. This firm collects debt for creditors. Any information obtained from you as a result of this correspondence or subsequently written and/or oral communication will be used for that purpose. However, if you have previously received a discharge in bankruptcy, this message is not and should not be construed as an attempt to collect a debt, but only as an attempt to enforce a lien. This is an attempt to collect a debt and any information obtained will be used for that purpose.

**From:** Gerardo Avalos [mailto:gavalos@freedomlegalteam.com]
**Sent:** Monday, August 9, 2021 2:27 PM
**To:** Michael Esposito <Mesposito@ksjattorneys.com>
**Subject:** RE: CONFIDENTIAL Settlement Discussion: Knapp v. Clarity Services, Inc. et. al. (2:21-cv-01153-rfb-dja)

Hi Michael,

The extension is fine, please send the stipulation.

Kind regards,

*Gerardo Avalos, Esq.*
Associate Attorney
Freedom Law Firm
8985 S. Eastern Avenue Suite 350
Las Vegas, NV 89123
Phone: 702-880-5554, Ext: 223
E-Fax: 702-385-5518
Email: gavalos@freedomlegalteam.com
www.FreedomLegalTeam.com
Frequently Asked Questions



2